DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH BAXTER,**
Appellant,

v.

**LEON ST. JOHN,** An Individual; **HARBOR POINT ASSOCIATION, INC.,**
A Florida Non-profit Corporation,
Appellee.

No. 4D16-327

[ July 6, 2017 ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2006-CA-006694-XXXX-MB.

Patrick Dervishi of Shir Law Group, P.A., Boca Raton, for appellant.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellee Leon St. John.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and METZGER, ELIZABETH A., Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***